UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA POSEY,
                      Plaintiff,

-v-

NAVAJO EXPRESS INC. *et al.*,
                      Defendant.

19-CV-3341 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On September 27, 2019, the parties in this case advised the Court that they would require additional time to complete discovery if mediation were unsuccessful in resolving the matter. (Dkt. No. 11.) On November 15, 2019, the parties filed a joint letter[1] informing the Court that mediation had been unsuccessful and requesting that the remaining discovery deadlines be extended, or, in the alternative, that a conference be scheduled to discuss discovery deadlines. The parties did not propose specific extensions for the discovery deadlines.

    The parties are directed to file a joint letter motion on or before December 11, 2019, proposing new dates for the deadlines they seek to extend. If the parties are unable to agree upon appropriate dates, they are directed to file a joint letter so stating.

    SO ORDERED.

Dated: December 4, 2019
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge

---

[1] The letter was erroneously addressed to Magistrate Judge Cave. Because the matter has not been referred to Magistrate Judge Cave, the letter should have been addressed to the Court.