# Kafko Schnitzer, LLP

Counselors at Law
7 Hugh J. Grant Circle
Bronx, New York 10462

NEIL R. KAFKO
HOWARD B. SCHNITZER

Tel. (718) 319-8902
Fax (718) 319-8915

*Via ECF*

February 21, 2020

U.S. Magistrate Judge Sarah l. Cave
U.S. District Court, Southern District
40 Foley Square
New York, NY 10007

    RE:    **Virginia Posey v Navajo Express Inc. and Michael Bostick Doyal**
             **Docket #:    19-cv-3341 (JPO)**
             **Date of Loss: 9/26/2017**
             *Settlement Conference Scheduled for: March 5, 2020*

Dear Magistrate Judge Cave:

    We represent the plaintiff Virginia Posey in the above referenced matter.

    The parties are requesting an adjournment of the scheduled settlement conference from March 5, 2020 to a date in May/June 2020.

    In addition, the parties request to extend for an additional sixty (60) days as follows:

- Party depositions
- Fact discovery end date
- Plaintiff expert report
- Defendant expert report
- Expert discovery end date

    Note, plaintiff's deposition was completed.

Thank you for your time and consideration to this matter.

Respectfully submitted,
KAFKO SCHNITZER, LLP

*Howard B. Schnitzer*

Howard B. Schnitzer
HBS/vr

cc: *Via ECF*
Lester Schwab Katz & Dwyer, LLP
*Attorneys for Defendants*
100 Wall Street, New York, NY 10005
Attn: David S. Stecklow, Esq.
File #: 394-0002

> The parties' Letter-Motion to adjourn the Settlement Conference scheduled for March 5, 2020 (ECF No. 20) is DENIED with leave to renew by **Wednesday, February 26, 2020**. The parties' request does not comply with Section I.D. of Judge Cave's Individual Practices. In addition, this matter has only been referred to Judge Cave for settlement. (ECF No. 18). The parties must address any other request, including to extend discovery deadlines, to the Honorable J. Paul Oetken.
>
> SO-ORDERED 2/24/2020

*[Signature]*
SARAH L. CAVE
United States Magistrate Judge