# LESTER SCHWAB KATZ & DWYER, LLP
100 WALL STREET
NEW YORK, N.Y. 10005-3701
(212) 964-6611
FAX: (212) 267-5916

**DAVID S. STECKLOW**
Writer's Direct Dial: (212) 341-4218
E-Mail: dstecklow@lskdnylaw.com

**NEW JERSEY OFFICE**
500 Frank W. Burr Blvd
5th Floor, Suite 31
TEANECK, N.J. 07666
(973) 912-9501

February 25, 2020

*Via ECF*
Magistrate Judge Sarah L. Cave
United States District Court, Southern District
40 Foley Square
New York, NY 10007

Re: **Virginia Posey v. Navajo Express, Inc., and Michael Bostick Doyal**
Date of Loss:    9/26/17
Docket No.:      19-cv-3341 (JPO)
Our File No.:    394-0002

Dear Honorable Magistrate Judge Cave:

We represent defendants Navajo Express, Inc. and Michael Bostick Doyal in this matter.

The parties jointly request an adjournment of the March 5, 2020 settlement conference. This is the first request for an adjournment. The reason for the request is that the defense medical exam was scheduled with Dr. Kim for February 21, 2020, but Dr. Kim's office rescheduled it for March 20, 2020. The expert report is needed prior to settlement discussions. Plaintiff's counsel consents to this request. The parties are available April 15 and April 22, 2020 for the adjourned settlement conference.

Thank you for your time and consideration to this matter.

Very truly yours,

DAVID S. STECKLOW

DSS:rmm
4814-2903-2118

cc:

KAFKO SCHNITZER, LLP
7 Hugh Grant Circle
Bronx, New York 10462

---

The parties' Letter-Motion to Adjourn the Settlement Conference scheduled for March 5, 2020 (ECF No. 23) is GRANTED. The Settlement Conference is rescheduled to **Wednesday, April 15, 2020 at 10:00 am** with submissions due by **Thursday, April 9, 2020**. The Clerk of Court is respectfully directed to close ECF No. 23.

SO-ORDERED 2/26/2020

SARAH L. CAVE
United States Magistrate Judge