# LESTER SCHWAB KATZ & DWYER, LLP
100 WALL STREET
NEW YORK, N.Y. 10005-3701
(212) 964-6611
FAX: (212) 267-5916

**DAVID S. STECKLOW**
Writer's Direct Dial: (212) 341-4218
E-Mail: dstecklow@lskdnylaw.com

**NEW JERSEY OFFICE**
500 Frank W. Burr Blvd
5th Floor, Suite 31
TEANECK, N.J. 07666
(973) 912-9501

March 17, 2020

*Via ECF*
Magistrate Judge Sarah L. Cave
United States District Court, Southern District
40 Foley Square
New York, NY 10007

Re: **Virginia Posey v. Navajo Express, Inc., and Michael Bostick Doyal**
Date of Loss: 9/26/17
Docket No.: 19-cv-3341 (JPO)
Our File No.: 394-0002

Dear Honorable Magistrate Judge Cave:

We represent defendants Navajo Express, Inc. and Michael Bostick Doyal in this matter.

The parties jointly request an adjournment of the May 1, 2020 settlement conference. This is the second request for an adjournment. The reason for the request is that the defense medical exam was scheduled with Dr. Kim for March 20, 2020, but Dr. Kim's office has temporarily closed due to the coronavirus until May 1, 2020. The exam has been rescheduled for May 22, 2020. The expert report is needed prior to settlement discussions. Plaintiff's counsel consents to this request. The parties are available June 10 and June 11, 2020 for the adjourned settlement conference.

Thank you for your time and consideration to this matter.

Very truly yours,

DAVID S. STECKLOW

DSS:rmm
4811-6455-9031

cc:

KAFKO SCHNITZER, LLP
7 Hugh Grant Circle
Bronx, New York 10462

---

The parties' joint request to adjourn the Settlement Conference scheduled for May 1, 2020 (ECF No. 27) is GRANTED. The Settlement Conference is rescheduled to **Tuesday, June 9, 2020 at 2:00 pm with submissions due by Wednesday, June 3, 2020**. The Clerk of Court is respectfully directed to close ECF No. 27.

SO-ORDERED 3/18/2020

SARAH L. CAVE
United States Magistrate Judge